# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

**7 South Morton Avenue**
**Morton, Pennsylvania 19070**
**Ph: 610.690.0801**
**Fax: 610.690.0880**

Additional Offices
Philadelphia, Pa
Bala Cynwyd, Pa

*Matthew B. Weisberg*^
L. Anthony DiJiacomo~
David A. Berlin^
Robert P. Cocco~+
Gary Schafkopf^+
Brian Mildenberg~+
Marc Weisberg~+
Yanna Panagopoulos~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

Web-Site: www.weisberglawoffices.com
E-Mail: mweisberg@weisberglawoffices.com

*Monday, August 20, 2018*

**Via ECF**
The Honorable Gerald J. Pappert

    RE:    Hart v. Pomerantz, et al.
                U.S. District Court – Eastern District of Pennsylvania
                No. 2:17-cv-04994

Your Honor:

Pending before this Honorable Court is the above-captioned matter. The undersigned represents plaintiff.

Plaintiff is happy to report that this matter has settled and may be marked as such consistent with local rule by Your Honor.

Thank you for this court's assistance in bringing this matter to resolution.

                Sincerely,

                /s/ Matthew B. Weisberg
                MATTHEW B. WEISBERG

MBW/hcm
Cc: Gerald J. Pomerantz, Esq. *(via ECF)*